■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN HUMPHREY, Appellant. [665 NYS2d 571] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered October 16, 1995, convicting him of attempted robbery in the first degree and attempted robbery in the third degree, upon a jury verdict, and sentencing him to consecutive indeterminate terms of 5 to 15 years imprisonment and 1¹/₃ to 4 years imprisonment, respectively.

Ordered that the judgment is affirmed.

The imposition of consecutive sentences was proper since the acts of attempting to rob the two complainants were separate and distinct, although they occurred within a single transaction (*see, People v Truesdell,* 70 NY2d 809, 811; *People v White,* 192 AD2d 736). Moreover, the sentences imposed were not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. O'Brien, J. P., Thompson, Sullivan and McGinity, JJ., concur.